UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-60201-CR-RUIZ**

18 U.S.C. § 1029(a)(4)
18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1029(c)(1)(C)
18 U.S.C. § 982(a)(2)(B)

MAGISTRATE JUDGE
SELTZER

FILED BY _AF_ D.C.
JUL 11 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

vs.

LESTER JAVIER BERMUDEZ ALVAREZ,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Possession of Access Device-Making Equipment**
**(18 U.S.C. § 1029(a)(4))**

On or about August 19, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**LESTER JAVIER BERMUDEZ ALVAREZ,**

did knowingly, and with intent to defraud, have control and custody of, and possess device-making equipment, that is, a credit and debit card skimming device, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(4).

## COUNT 2
### Possession of Fifteen or More Unauthorized Access Devices
### (18 U.S.C. § 1029(a)(3))

On or about August 19, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**LESTER JAVIER BERMUDEZ ALVAREZ,**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, credit and debit card account numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3).

## COUNTS 3-4
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about August 19, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**LESTER JAVIER BERMUDEZ ALVAREZ,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with intent to defraud, possessing fifteen (15) or more unauthorized access devices, that is, credit and debit card account numbers issued to other persons, said conduct affecting interstate and foreign commerce, as charged in Count 2 of this Indictment, did knowingly possess, without lawful authority, the means of identification of another person as set forth in each count below:

| Count | Means of Identification |
|---|---|
| 3 | Name and credit card account number ending in 4035 issued in the name of "J.H" |
| 4 | Name and credit card account number ending in 9884 issued in the name of "M.K" |

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 5
### Possession of Access Device-Making Equipment
### (18 U.S.C. § 1029(a)(4))

On or about August 23, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**LESTER JAVIER BERMUDEZ ALVAREZ,**

did knowingly, and with intent to defraud, have control and custody of, and possess device-making equipment, that is a credit and debit card skimming device, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(4).

## COUNT 6
### Possession of Fifteen or More Unauthorized Access Devices
### (18 U.S.C. § 1029(a)(3))

On or about January 16, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**LESTER JAVIER BERMUDEZ ALVAREZ,**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, credit and debit card account numbers issued to other persons, said conduct

3

affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3).

## COUNT 7
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about January 16, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**LESTER JAVIER BERMUDEZ ALVAREZ,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with intent to defraud, possessing fifteen (15) or more unauthorized access devices, that is, credit and debit card account numbers issued to other persons, said conduct affecting interstate and foreign commerce, as charged in Count 6 of this Indictment, did knowingly possess, without lawful authority, the means of identification of another person, that is, the name and credit card account number ending in 4337 issued in the name of "J.A.," in violation of Title 18, United States Code, Section 1028A(a)(1).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **LESTER JAVIER BERMUDEZ ALVAREZ,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in Counts 1, 2, 5, and 6 of this Indictment, the defendant shall forfeit to the United States of America,: (a) all property constituting, or derived from, proceeds obtained, directly or indirectly,

as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

3. The property which is subject to forfeiture includes a forfeiture money judgment in the amount of the value of any property that constitutes or is derived from proceeds obtained as a result of the offenses, and any personal property that was used or intended to be used to commit or facilitate the commission of the offenses.

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
CHRISTINE HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| v. | |
| LESTER JAVIER BERMUDEZ ALVAREZ | **CERTIFICATE OF TRIAL ATTORNEY*** |
| _____ Defendant. _____/ | **Superseding Case Information:** |

**Court Division:** (Select One)
- ___ Miami
- ___ Key West
- ✓ FTL
- ___ WPB
- ___ FTP

New defendant(s)    Yes ___ No ___
Number of new defendants ___
Total number of counts ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    Yes
   List language and/or dialect    SPANISH

4. This case will take __4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)              (Check only one)
   
   I    0 to 5 days       ✓       Petty      ___
   II   6 to 10 days      ___     Minor      ___
   III  11 to 20 days     ___     Misdem.    ___
   IV   21 to 60 days     ___     Felony     ✓
   V    61 days and over  ___

6. Has this case previously been filed in this District Court?    (Yes or No)    No
   If yes: Judge _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   
   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ___    No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ___    No ✓

_____
CHRISTINE HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Florida Bar. No. 15349

*Penalty Sheet(s) attached                                    REV 8/13/2018

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** LESTER JAVIER BERMUDEZ ALVAREZ

**Case No:**

Counts #: 1 and 5

Possession of Access Device-Making Equipment

Title 18, United States Code, Section 1029(a)(4)

**\*Max. Penalty**: 15 years' imprisonment


Counts #: 2 and 6

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty**: 10 years' imprisonment

Counts #: 3, 4, and 7

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty**: 2 years' imprisonment (consecutive to any other sentence)


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**